GEORGE F. HINRICHS, INC., Appellant, v. THE CITY OF NEW YORK and Another,. Respondents.— Judgment and orders affirmed, with costs. No opinion. Present, — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRED VAN PATTER, as Administrator, etc., of SHIRLEY VAN PATTER, Deceased,. Respondent, v. CHARLES B. TOWNS HOSPITAL and Another, Appellants.— Judgment, reversed and new trial ordered, with costs to appellants to abide the event, unless: the plaintiff stipulates to reduce the judgment as entered to the sum of $2,145.52;, in which event the judgment as so modified is affirmed, without costs. No, opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch,. McAvoy and Martin, JJ.; Clarke, P. J., and Martin, J., dissent and vote for reversal.

KEYSTONE FINANCE CORPORATION, Appellant, v. JACOB VICTOR and Another,. Respondents, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and. Martin, JJ.

VICTOR M. EICHORN, an Infant, by ARTHUR M. EICHORN, His Guardian ad Litem,. Respondent, v. BERTELSEN REALTY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS F. MURRAY, Appellant, v. ROBERT MITCHELL FURNITURE COMPANY,. Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISAAC ENOCH and Another, Respondents, v. RALPH WILSON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM DATCH, Appellant.— Judgment reversed and the defendant discharged from custody, upon the ground that there is no evidence to establish the weight of the coal truck empty either before or after the receipt of the coal at the yard; and, therefore, there is no proof that the amount of coal contained therein was less than the amount that the defendant purported to deliver. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. L. HOLDING Co., INC., and Others v. ISIDOR REIS and Others.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISIDORE MOSSON and Others v. CHARLES KRISER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. P. ALBERT STILWELL v. JOHN J. HANLEY, as Warden, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

NATIONAL SURETY COMPANY v. BENJAMIN A. RUFFIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.